UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY McNAIR; ROMEL ROBINSON;
ATREYU SCALES; DUPREE GALES; ET AL;

Write the full name of each plaintiff.

_____ CV _____
(Include case number if one has been assigned)

-against-

**COMPLAINT**
(Prisoner)

N.Y.C.D.O.C. COMM. CYNTHIA BRANN;
E.M.T.C. WARDEN KISA SMALLS; DEPUTY
WARDEN OF SECURITY BAILEY; CAPTAIN SKUPIEN
7 LOWER HOUSING AREA SUPERVISOR

Do you want a jury trial?
XX Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

[X] Violation of my federal constitutional rights

[X] Other:   ENVIRONMENTAL HEALTH LAWS

II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

LARRY                                       McNAIR
First Name         Middle Initial         Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

#3001700204

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

ERIC M. TAYLOR CENTER (E.M.T.C.)
Current Place of Detention

10-10 HZEN ST, E.M.T.C.
Institutional Address

EAST ELMHURST,          N.Y.           11370
County, City            State           Zip Code

III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
[X] Other:   PAROLE VIOLATORS

Page 2

PLAINTIFF NO. 2. ZORVILLE SWABY, A.K.A. ROMEL ROBINSON #1411705291 *[signature]*
10-10 HAZEN ST, E.M.T.C.
EAST ELMHURST, N.Y. 11370

PLAINTIFF NO. 3.   DUPREE GALES #1411703681 *Dupree Gales*
10-10 HAZEN ST, E.M.T.C.
EAST ELMHURST, N.Y. 11370

PLAINTIFF NO. 4.   ATREYU SCALES #34917009078 *[signature]*
PLAINTIFF NO. 5.   GERALD EVANS #3491709339 *[signature]*
PLAINTIFF NO. 6.   LUIS GONZALEZ #9801700591 *Luis Gonzalez*
PLAINTIFF NO. 7.   SHAMEEK BERNARDEZ #9001700461 *[signature]*
PLAINTIFF NO. 8.   QUAVON CONNOR #2411704701 *Quavon Connor*
PLAINTIFF NO. 9.   JAMOND SCOTT #3001700477
PLAINTIFF NO. 10.  JAMES LANGLEY #8951101084 *[signature]*
PLAINTIFF NO. 11.  DANIEL TAYLOR #9001700435 *Daniel Taylor*
PLAINTIFF NO. 12.  terell st. john #8251701058

10-10 HAZEN ST, E.M.T.C.
EAST ELMHURST, N.Y. 11370

PLAINTIFF NO. 13.  RODNEY POINDEXTER #8951701195 *Rodney Poindexter*
PLAINTIFF NO. 14.  CHASE GULLAT #2411703083
PLAINTIFF NO. 15.  FREDERICK ROBERSON #4411707458
PLAINTIFF NO. 16.  MARCOS GARCIA #!$!141707458
PLAINTIFF NO. 17.  DIAZ ROBERTO #1411706671
PLAINTIFF NO. 18.  PARRA CHRISTIAN #4411706262
PLAINTIFF NO. 19.  JOSE JIMINEZ #5411701198
PLAINTIFF NO. 20.  RONALD WEARING #2411703570

ALL PLAINTIFFS RESIDE AT THE SAME ADDRESS: 10-10 HAZEN ST, E.M.T.C.
EAST ELMHURST, N.Y. 11370

DATED: SEPTEMBER 28, 2017             ALL PLAINTIFFS IN THIS ACTION.

PLAINTIFF No. 21. DELANO GOMEZ *Delano Gomez* 2411700974

PLAINTIFF No. 22. Victor Cain 1411706431 *[signature]*

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| CYNTHIA | BRANN | |
|---|---|---|
| First Name | Last Name | Shield # |

NEW YORK CITY DEPARTMENT OF CORRECTION COMMISSIONER
Current Job Title (or other identifying information)

75-20 ASTORIA BLVD.
Current Work Address

| EAST ELMHURST, | N.Y. | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| KISA | SMALLS | |
|---|---|---|
| First Name | Last Name | Shield # |

ERIC M. TAYLOR CENTER WARDEN
Current Job Title (or other identifying information)

10-10 HAZEN ST, E.M.T.C.
Current Work Address

| EAST ELMHURST, | N.Y. | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| MS | BAILEY | |
|---|---|---|
| First Name | Last Name | Shield # |

E.M.T.C. DEPUTY WARDEN OF SECURITY
Current Job Title (or other identifying information)

10-10 HAZEN ST, E.M.T.C.
Current Work Address

| EAST ELMHURST, | N.Y. | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4:

| CAPTAIN | SKUPIEN | |
|---|---|---|
| First Name | Last Name | Shield # |

E.M.T.C. 7LOWER HOUSING AREA SUPERVISOR
Current Job Title (or other identifying information)

10-10 HAZEN ST, E.M.T.C.
Current Work Address

| EAST ELMHURST, | N.Y. | 11370 |
|---|---|---|
| County, City | State | Zip Code |

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __HOUSING AREA 7 LOWER IN THE ERIC M. TAYLOR CENTER__

Date(s) of occurrence: __FROM JUNE 2017 TO THE PRESENT AND CONTINUING FROM__

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

THIS DAY FORWARD IT HAS BEEN UNCOVERED BY AN INSPECTOR DEFENDANT MS. CAULDWELL THAT THE DEADLY LONG TERM CANCEROUS(LUNG) AND MESO-THEILIOMA CASING ABESTOS HAS BEEN LIVING AND CONTINUES TO GROW IN HOUSING AREA 7 LOWER OF THE ERIC M. TAYLOR CENTER ON RIKERS JUST AS FAST AS IT WAS DISCOVERED THE PLINTIFFS IN THIS ACTION SHOULD HAVE BEEN IMMEDIATELY MOVED TO A SAFE AREA OF CONFINEMENT INSIDE THE ERIC M. TAYLOR CENTER TO A SAFE ENVIRONMENT THAT WOULD NOT SUBJECT EACH PLAINTIFF TO THGE DEADLY DISEASE KNOWN AS LUNG CANCER FOR THE DIRECT CONSUMPTION OF CANCEROUS LIKE TOXINS KNOWN AS ABESTOS. THE NEW YORK CITY DEPRTMENT OF CORRECTION DEFENDANTS NAMED IN THIS ACTION ARE RESPONIBLE FOR THE CARE CUSTODY AND CONTROL OF THE PLAINTIFFS IN THIS ACTION THAT EXTENDS BEYOND MEDICAL AND OBLIGATE THESE DEFENDANTS WITH A SWORN DUTY TO UPHOLD EACH PLAINTOIFFS CONSTITUTIONAL RIGHTS CONSISTENT WITH THE EIGHTH AND FOURTEENTH AMENDMENTS INCLUDING THEC CLAUSE IN THE FOURTEENTH AMENDMENT KNOWN AS THE EQUAL PROTECTION CLAUSE WHERE THEY HAVE A MANDATORY DUTY AND RESPONSIBILITY TO PROVIDE SAFE LIVING CONDITIONS INSIDE EACH FACILITY THAT IS OIN OPERATION AND FUBCTIONING ON RIKERS ISLAND TO HAVE PRIOR NOTICE VIA AN BOARD OF CORREC TION INSPECTOR THAT A LIVING DESTRUCTIVE TOXIN IS PRESENT IN A DORMITORY GIVES THEM THE POWER AND MOTIVE TO EVBCUATE EACH PLAINTIFF TO AN AREA THAT IS SAFE, AND

Page 4

HEALTYHY FOR THE DAILY SURVIVAL OF EACH PLAINTIFF. THERE IS A MUNICIPALITY DUTY UNDER THE COLOR OF STAE LAW FOR ALL THE DEFENDANTS NAMED IN THIS ACTI TO AFFORD EACH PLINTIFF THE RIGHT TYO BE FREE FROM CRUEL AND UNUSUAL PUNIS MENT WHERE THE CT IS CARRIED OUT DELIBERATELY THT POSES A DAZNGER TO EACH PLAINTIFF WITH EVERY BREATH THAT IS TAKEN IN THESE TYPES OF ENVIRONMENT. THE CAPTAIN SKUPIRN DEFENDANT HAS HAD DIRECT KNOWLEDGE VIA LOGBOOKS THAT ARE SIGNED DURING HIS SEVDRAL ROUNDS TO KNOW THT THE ENVIRONMENT THAT THE PLAINTIFFS ARE LIVING UNDERB POSES A DIRECT AND IMMEDIATE TO THE LIVES C DETAINEE, AND/OR PROLE VIOLATOR IN THT SPECIFIC AREA, AND TO TURN THE OTHER CHEEK IS A DELIBERATE AND NEGL:IGENT ACT NOT PERMITTED IN THE UNIVEF SAL DECLARATION OF HUMAN RIGHTS. IT BECOMES A DEPRAVED INDIFFERRENCE WHEN THE KNOWLEDGE IS PRESENT AND THE RESPIONSE TO RECTIFY BECOMES WHAT SEEMS LIKE AN ETERNITY TO THE PILAINTIFFS, BECAUSE EVERY BREATH THEY TAKE HAS TI GREATEST POTENTIAL TO BE THEIRLBST. THE DEFENDANT N.Y.C.D.O.C. COMMISSIONEI CYNTHIA BRANN WAS NOTIFIED VIA COMPLAINTS VIA MAIL, BUT MADE NO EFFORT TO AT LEAST MODIFY THE PROBLEM. THE WARDEN KISA SMALLS DEFENDANT AND DEPUTY WARDEN OF SECURITY HAVE SOLE RESPONSIBILITY OF TRHEIR JAIL CONSISTI WITH THE MINIMUM STANDARDS OF THE BOARD OF CORRECTION TO AT LEAST HAVE ABESTOS EXPERTS TO REMOVE THE LIVING DEADLY TOXINS REMOVED FROM THE DORMI TORY WHERE AT LEAST SIXTY(60) LIVES ARE AT STAKE DAILY. RUSTY PAINT CHIPS ARE CONSTANTLY FLOATING IN THE AIR AND BEING DGESTED WRONGFULLY BY EACH PLAINTIFF, WHOM HAVE BEEN AWAKENING WITH PHLEGYM IN THEIR CHEST LET ALONE WHATEVER ABESTOS TOXINS ARE COBBINED WSITH THE DEADLY UBSTANCE. EVERY PLAINTIFF IS AND HAS ACCESS TO EVERY PROCESS DUE UNDER THE FOURTEENTH, AN FIRST AMENDMENT TO BE FREE TO EXPRESS THEIR CONCERNS TO THE ADMINISTRATIO WITHOUT RETALIATORY RESPONSES FROM THAT DAMINISTRATION WHEN THE THREAT OF INFRACTIONS ARE ADVISED FOR FUTRE AND FURTHER COMPLAINTS BOUT CHANGES THAT WILL IN FACT EXTEND THE LIVES OF THE PLINTIFFS INSTEAD OF ENDING IT WITH THE C ONTRCTION OF LUNG CANCER AND THE DEADLT DISEASE MESOTHEILIOMA

BOTH THESE DISEASES ARE KNOWN TO COME AND DERIVE FROM ABESTOS LIVING IN TY THAT PARTICULAR ENVIRONMENT. THE DEPARTMENT OF CORRECTION MEANS TO FOLLOW A PATTERN OF BEHAVIOR THAT DOES NOT EXIST OUTSIDE OF ONES CONSTITUTIONAL RIGHTS. THERE ARE PUBLIC HEALTH LAWS THAT APPLY TO INSTITUTIONS AS WELL AS OUTSAIDE HEALTH ORGANIZATIONS AS WELL AS INSIDE A JAIL SYSTEM, AND/OR THEY TOO ARE LIABLE UN DER THE FLAG SPORTING STARS. WHICH GIVES EACH PLINTIFF A LIBERTY TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT THAT IS CARRIED OUT IN A SADISTIC AND MALICIOUS MANNER WITH THE SOLE PURPOSE BEING THAT EXIST IN FACT CAUSING GRAVE HARM THAT COULD LEAD TO SERIOUS AND PERSISTENT ILLNE ES CAUSED BY ABESTOS PLACINFG EVERY PLINTIFF IN THIS AZCTION IN THE THRET EMMINENT DANGER WITH EVERY BREATH THEY TAKE INSIDE A DORMITORY WITHABESTOS WHICH CANEASILY BE DESCRIBED AS THE ONCE RUNNING GS CHAMBER. (GAS)!!!

    IN LIGHT OF THE FOREGOING, AND AS A MATTER OF LAW AND FINALLY TH MENTAL AND PHYSICAL HEALTH OF ALL THE PLINTIFFS, WE PRAY THAT THIS COURT GRANT THJIS APPLICATION TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEES THAT IS IN FORMER PAUPERIS IN SEEKING JUSTICE IN A HUMANE SENSE, AND FOR WHAT EVER ELSE THIS COURT MY DEEM JUST AND PROPER.

DATED: SEPTEMBER 28, 2017

RESPECTFULLY SUBMITTED,

LARRY McNAIR, PLAINTIFF, PR SE.

IN FURTHERANCE OF THIS ACTION, AND TO BE INCLUDED, THE PLAINTIFFS HAVE COME TO THE REALIZATION THAT THE PEELING PAINT CHIPS FALLING IS AND ARE COTAINED WITHG THE DEADLY LEAD POISONING TOXINS THAT ALSO HAS A FUTURISTIC DEADLY CONTRACTION RELATED TO CANCEROUS AFFECTS DO AND IN THE BIOLOGICAL MAKE-UP OF EACH PLAINTIFF THAT MAY CAUSE AND/OR LEAD TO DEATRH. MAINTENANCE MEMBERS OF THE ERIC M. TAYLOR CENTER HAVE ALSO CONFIRMED THROUGH EXPERIENCE IN WORKING AROUND THESE DEADLY TOXIC CHEMICALS THAT THE PLAINTIFFS LIVES ARE NOW IN CLEAR AND PRESENT DANGER, AND THERE IS NO REVERSE AND/OR KNOWN CURE FOR EMINENT STATUS OF PLAINTIFFS HEALTHEACH BREATH COULDS BILY EASILY BE EACH PLAINTIFFS LAST.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLAINTIFFS SUFFER FROM THE FUTURE RISK OF CONTRACTING THE DEADLY DISEASE CANCERR OF THE LUNGS, SKIN INFECTIONS, SCRATCHY THROATS MIGRAIN HEDACHES, DEPRESSION, PANIC ATTACKS, ANXIETY RASHES, SHINGLES, MESOTHEILIOMA, THROAT CANCER PROSTATE CANCER, ETC;

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

PLAINTIFFS SEEK PAIN AND SUFFERING DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL, AND OFFICIAL CAPACITY IN THE AMOUNT OF $25,000.00 PLAINTIFFS ALSO SEEK EMOTIONAL STRESS, AND MENTAL ANGUI DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITRY IN THE AMOUNT OF $25,000.00FINALLY PL:AINTIFFS SEEK PUNITIVE DAMAGES FROM EACH DEFENDNT IN THEIR INDIVIDUAL CAPACITY IN THJE AMOUNT OF$50,000.00 FOR A SUBTOTAL AMOUNTOF SIX HUNDRED THOUSAND DOLLARS. PLAINTIFFS ALSO ASKS THAT THE COURT ORDER THE IMMEDIATE CLOSING AND EVACUATION OF ALL PINMATES.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| SEPTEMBER 28, 2017 | *[signature]* |
|---|---|
| Dated | Plaintiff's Signature |

| LARRY | | McNAIR |
|---|---|---|
| First Name | Middle Initial | Last Name |

10-10 HAZEN ST, E.M.T.C.
Prison Address

| EAST ELMHURST, | N.Y. | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 9/28/17



MR. LARRY McNAIR #300170020
10-10 HAZEN ST, E.M.T.C.
EAST ELMHURST, N.Y. 11370

PRO SE INTAKE UNIT, ROOM200
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OFD NEW YORK
U.S. COURTHOUSE-500 PEDARL ST.
NEW YORK, N.Y. 10007

USM P3
SDNY

2017 OCT -5 PM 3:04
RECEIVED
SDNY DOCKET

"CONFIDENTIAL LEGAL MAIL"